November, 19, 2007

Tyree Stephens
SBI# 273331-C/INM#501233
Southern State Correctional facilit
Compound A, Unit 4-left
P.O. Box 150
Delmont, New Jersey 08314

Mr. William T. Walsh; CLERK:
UNITED STATES DISTRIC COURT
Martin Luther King Jr., Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey    07102

Re:    Tyree Stephens    vs.    State Of Delaware
       Docket No [Initial Filing]

       Petition For A Writ Of Habeas Corpus
------------------------------------------------

Dear Mr. Walsh:

Approximately three Months ago, I forwarded to the District Court a properly drafted and filed for submission a Petition For a Writ of Habeas Corpus under U.S.C. § 2254 against the State of Delaware.

I would not casually subject myself to either the expense or the consequences of filing what I thought to be a frivolous or a non-meritorious Habeas Action.

- 1 -

Notwithstanding Mr. Walsh, I have recieved no word from the Clerks Office with regards to any deficencies that would render my Petition Non-Conforming with the PLRA or that would otherwise preclude the filing of my petition.

My interest in this matter is decidedly major, and goes right to the heart of both my penal and liberty interst.

I therefore urgently request any information you can provide to me respecting this matter, particularly as to whether or not the matter was transferred to the venue of Delaware.

Thank you very much for your forebearance and for your anticipated concern.

Very Truly Yours,

_____
Tyree Stephens

TS/br:
   filed

- 2 -

## Statement Of All Facts Germane To The Instant Petition

The State of Delaware issued a probation Fugitive warrant against the petitioner which was executed with his arrest and his subsequent detention in Glocester County Jail in the State of New Jersey in May or June 2003.

Petitioner was arrested by Federal Agents.

Petitioner appeared before a tribunal presided over by either a judge or the Glocester County Prosecutor.

Petitioner Waived extradition and agreed to return to the State of Delaware.

The Petitioner was never transported to Delaware, as Delaware declined to come for the Petitioner

Glocester County accordingly released the Petitioner.

[Petitioner was accompanied to the Extradition hearing by one Detective O'Brien]

Petitioner was subsequently arrested charges and sentence in the State of New Jersey for crimes upon which his current New Jersey sentence is predicated.

Delaware apparantly has reactivated the Fugitive warrant, which warrant operates as a substantial prejudicial impediment to petitioner's status in the New Jersey Facility.

Delaware authorities, inclusive of the Office of the Governor declines to afford the Petitioner procedural due process

Petitioner will require court intervention, under the discovery rules, in order to acquire appropriate verifying documentss.

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
| --- | --- |

| Name (under which you were convicted): TYREE STEPHENS | Docket or Case No.: 9802005133 |
| --- | --- |
| Place of Confinement: Southern State Prison 4294 Rt. 47, Box 150, Delmont, New Jersey | Prisoner No.: 501233 |

| Petitioner (include the name under which you were convicted) TYREE STEPHENS | Respondent (authorized person having custody of petitioner) STATE OF DELAWARE |
| --- | --- |

The Attorney General of the State of DELAWARE

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Superior court of New Castle County, New Castle County Court House 500 North Kings Street, Wilmington, Delaware 19018-3734

   (b) Criminal docket or case number (if you know): 9802005133

2. (a) Date of the judgment of conviction (if you know): UNKNOWN

   (b) Date of sentencing: July 19, 1998

3. Length of sentence: 18 Months Probation

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Second Degree Burglary and Conspiracy

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (3) Nolo contendere (no contest) ☐
   (2) Guilty ☒       (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I Plead guilty to Burglary and Conspiracy.

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐        Judge only ☐        N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒    No ☐        **Plea Hearing**

8. Did you appeal from the judgment of conviction?

Yes ☐    No ☒

9. If you did appeal, answer the following:

(a) Name of court: N/A

(b) Docket or case number (if you know): N/A

(c) Result: N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: N/A

N/A

(g) Did you seek further review by a higher state court?    Yes ☐    No ☒

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

N/A

(4) Date of result (if you know): N/A

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If yes, answer the following:

(1) Docket or case number (if you know): N/A

Page 4

    (2) Result: _____ N/A
    _____ N/A
    (3) Date of result (if you know): _____ N/A
    (4) Citation to the case (if you know): _____ N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☐  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
  (a) (1) Name of court: _____ N/A
     (2) Docket or case number (if you know): ___ N/A
     (3) Date of filing (if you know): _____ N/A
     (4) Nature of the proceeding: _____ N/A
     (5) Grounds raised: _____ N/A
     _____ N/A
     _____ N/A
     _____ N/A
     _____ N/A
     _____ N/A
     _____ N/A
     _____ N/A
     _____ N/A

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐  No ☐
    (7) Result: _____ N/A
    (8) Date of result (if you know): _____ N/A

  (b) If you filed any second petition, application, or motion, give the same information:
    (1) Name of court: _____ N/A
    (2) Docket or case number (if you know): ___ N/A
    (3) Date of filing (if you know): _____ N/A
    (4) Nature of the proceeding: _____ N/A
    (5) Grounds raised: _____ N/A
    _____ N/A
    _____ N/A
    _____ N/A
    _____ N/A

_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☐   N/A

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☐   N/A

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?   N/A

  (1) First petition:   Yes ☐   No ☐   N/A
  (2) Second petition:  Yes ☐   No ☐   N/A
  (3) Third petition:   Yes ☐   No ☐   N/A

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

~~The petitioner is incarcerated in the State of New Jersey. The Petitioner never took any appeal from the Charges which form~~ the basis of the instant petition

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: <u>FUTILITY OF SEEKING RELIEF IN THE STATE COURT, WARRANTS THAT THE FEDERAL COURT ASSUME JURISDICTION:</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The charge/conviction for which the petitioner seeks relief is approximately 9 years old. Probation was implemented and the petitioner became a fugitive. Petitioner seeks to have that probation vacated; However petitioner has access to none of Delaware's Procedural Rules of Court, or administrative procedures in which to formulate the merits of his action in State Court, and those court officials in the State of Delaware to whom the petition sought assistance declined to render same [See Exhibits]

(b) If you did not exhaust your state remedies on Ground One, explain why:
Petitioner alledged Excusable Neglect, in that he had not any of the resources or knowledge in which to effect any such remedies.

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐        Petitioner did not Appeal

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____ N/A _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☒

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: _____ N/A _____
Name and location of the court where the motion or petition was filed: _____
_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____
_____ N/A _____

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ❑    N/A

(4) Did you appeal from the denial of your motion or petition?

Yes ❑  No ❑    N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑    N/A

(6) If your answer to Question (d)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed: _____
_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____
_____ N/A _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

SEE ANNEXED EXHIBITS, these exhibits represent the efforts undertaken by the petitioner, which, under circumstances are the only remedies he could have availed himself of.

GROUND TWO: PETITIONER'S CONSTITUTIONAL RIGHTS UNDER THE 5th and 14th AMENDMENT HAS BEEN AND CONTINUES TO BE VIOLATED BY THE STATE OF DELAWARE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner was arrested in 2003, by Federal Agents and lodge in Gloucester county Jail. Petitioner was arrested on the fugitive warrant. Petitioner was transported to Court where he waived extradition. After the expiration of the period in which Delaware was to have recieved me the Glocester County Authorities Released me. Petitioner was at all Times available for transportation to Delaware.

Petitioner To the present remains amenable to final Disposition of the Delaware Matter, however, the State of Delaware Declines to afford the petitioner any due process.

(b) If you did not exhaust your state remedies on Ground Two, explain why: The appended exhibits evince the sum total of all efforts petitioner could have taken lacking legal counsel and legal resources as being housed in a foreign jurisdiction

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐    N/A

(2) If you did not raise this issue in your direct appeal, explain why: N/A

N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   N/A

Yes ☐  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:   N/A
Type of motion or petition: 
Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):   N/A
Date of the court's decision:   N/A
Result (attach a copy of the court's opinion or order, if available):

N/A

N/A

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☐
                N/A
(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐   N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐
                N/A
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

_____ N/A _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

N/A
N/A
N/A
N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

~~As Previously Noted~~

GROUND THREE: _____ **Petitioner Has Been Deprived of Equal Protection Under the Law in violation of the 14th Amendment of the U.S.Const.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State of Delaware has in law and fact the means to afford the petitioner every procedural safeguard that would ensure an expeditious ~~disposition of the matter pending against the defendant that is~~ afforded to defendants, situated as the petitioner is situated but with the advantage of being within Delaware's Jurisdiction. Resulting ~~in an unfair, and unconstitutional prolongation of the petiti~~oner's imprisonment.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

N/A

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐                                N/A

(2) If you did not raise this issue in your direct appeal, explain why: _____

N/A

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ❏  No ❏    N/A

   (2) If your answer to Question (d)(1) is "Yes," state:   N/A

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed: _____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

   (3) Did you receive a hearing on your motion or petition?
   Yes ❏  No ❏    N/A

   (4) Did you appeal from the denial of your motion or petition?
   Yes ❏  No ❏    N/A

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ❏  No ❏    N/A

   (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____ Previously Noted

Page 12

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐  No ☐                                N/A

(6) If your answer to Question (d)(4) is "Yes," state:   N/A
Name and location of the court where the appeal was filed: _____
N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
N/A
N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____
N/A

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☐   No ☐   N/A.
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____ N/A _____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Deprivation of process, ~~the reasons for this~~ petition did not/accrued until the recent derilictions of the State of Delaware ~~matured.~~

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☐   No ☐ xxxx

Tyree Stephens
SBI# 273331-C/INM# 501233
Southern State Correctional Facility
Compound 4, Unit 4-Left
P.O. Box 150
Delmont, New Jersey 08314

7006 0810 0003 5375 1504
CERTIFIED MAIL

TO:
Mr. William T. Walsh; CLERK
UNITED STATE DISTRICT COURT
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102