**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TYREE STEPHENS, | : | |
| | | Civil Action No. 07-6157 (RMB) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| STATE OF DELAWARE, et al., | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith, IT IS on this **4th** day of **January** 2008,

**ORDERED** that this action is hereby transferred to the United States District Court for the District of Delaware; and it is further

**ORDERED** that the Clerk of the Court shall effectuate the transfer on an expedited basis pursuant to 28 U.S.C. § 1404(a), shall serve a copy of this Opinion and Order, by certified mail, upon Petitioner and all Respondents, and shall close this Court's file on this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge