# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
1 JOHN F. GERRY PLAZA
CAMDEN, NEW JERSEY 08101

**NEWARK OFFICE**
50 WALNUT STREET
NEWARK, NJ 07101

WILLIAM T. WALSH
Clerk

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

**REPLY TO: CAMDEN**

January 4, 2008

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:  **Stephens v. State of Delaware, et al**
     **Civil Docket No. 07cv6157(RMB)**

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated January 4, 2008. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:   Susan Bush
      Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____ **DATE:** _____.

**YOUR CIVIL DOCKET NUMBER:** _____.

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:    Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format: **1:07cv6157**
   - Run Report

     ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

     ▸ To download, click on File>Save a Copy and save to your specific directory;

     ▸ If the document does not have an underlined document number, it is either:

       - A text only entry and no document is attached, or
       - An entry made prior to electronic case filing and the original is enclosed, or
       - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   ▸ Camden - 866-726-0726 or 856-757-5285
   ▸ Newark - 866-208-1405 or 973-645-5924
   ▸ Trenton - 866-848-6059 or 609-989-2004