CLOSED, HABEAS

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
### CIVIL DOCKET FOR CASE #: 1:07−cv−06157−RMB

STEPHENS v. STATE OF DELAWARE et al  
Assigned to: Judge Renee Marie Bumb  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/27/2007  
Date Terminated: 01/04/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**TYREE STEPHENS**                represented by   **TYREE STEPHENS**  
#501233  
SOUTHERN STATE CORRECTIONAL FACILITY  
COMPOUND A, UNIT 4−LEFT  
P.O. BOX 150  
DELMONT, NJ 08314  
PRO SE

V.

**Respondent**

**STATE OF DELAWARE**

**Respondent**

**THE ATTORNEY GENERAL OF THE STATE OF DELAWARE**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | 1 | PETITION for Writ of Habeas Corpus, filed by TYREE STEPHENS. (NO F.F., NO I.F.P.)(sk) (Entered: 01/02/2008) |
| 01/04/2008 | 2 | OPINION. Signed by Judge Renee Marie Bumb on 1/4/08. (sb) (Entered: 01/04/2008) |
| 01/04/2008 | 3 | ORDERED that this action is transferred to the United States District Court for the District of Delaware. Signed by Judge Renee Marie Bumb on 1/4/08. (sb) (Entered: 01/04/2008) |
| 01/04/2008 |  | ***Civil Case Terminated. (sb) (Entered: 01/04/2008) |
| 01/04/2008 | 4 | Transmittal Letter to the United States District Court for the District of Delaware. (sb) (Entered: 01/04/2008) |