January 7, 2008

TyreeStephens
INM# 501233
SOUTHERN STATE CORRECTIONAL FACILITY
Compound A Unit 4-Left
P.O. Box 150
Delmont, New Jersey  08314

08-8

Dr. Peter T. Dalleo; CLERK:
UNITED STATES DISTRICT COURT
-District Of Delaware-
United States Courthouse
Lock Box 18
844 King Street
Wilmington, DE.   19801-3570
(302)  573-6170



Re:  TYREE  STEPHENS  V.  STATE OF DELAWARE, et. al., (RD Scanned/
     Case Number  1:07-cv-6157
     ----------------------------------------

Dear Dr. Dalleo:

The above referenced to action [Petition For a Writ Of Habeas Corpus pursuant to 28 U.S.C. § 2254] was initially filed in the United States District Court District of New Jersey, (Camden Vicinage) but as per an Order dated January 4, 208, by the Honorable Renée Marie Bumb in Camden's District Court, the Action was transferred to the Delaware District Court.

It is therefore assumed sir, that your office is in receipt of this Action and that I can therefore expect notification from you as to what subsequent procedural measures will be undertaken in regards to it.

Accordingly this letter seeks information which you may have in association with this matter, so that I can be properly assured of the venue and of what measures to take respecting the perfection of the merits in anticipation of the State's response.

I hope that you will find the time and the inclination to accord me the comity of a reply.

Respectfully Submitted

Tyree Stephens

TS/br:
   filed

Tyree Stephens
INM# 501233
SOUTHERN STATE CORRECTIONAL FACILITY
Compound A Unit 4-Left
P.O. Box 150
Delmont, New Jersey 08314

January 7, 2008