OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 9, 2008

TO: Tyree Stephens
    SBI #501233
    Southern State Correctional Facility
    Compound A, Unit 4-Left
    P.O. Box 150
    Delmont, NJ 08314

*RE: Status of 08-8(UNA)*

Dear Mr. Stephens:

    This office received a letter from you requesting the status of your case. Your case is pending before the Court. You will be advised by the Court as to further developments in your case. As a courtesy, a docket sheet has been enclosed.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                           Sincerely,

/ead                                      PETER T. DALLEO
                                            CLERK

enc: Docket Sheet