IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TYREE STEPHENS,                    )
                                   )
       Petitioner,             )
                                   )
v.                                 )      Civil Action No. 08-08-GMS
                                   )
CHARLES ALBINO,                    )
Warden, (New Jersey                )
Southern State Correctional        )
Facility), and ATTORNEY            )
GENERAL OF THE STATE               )
OF DELAWARE,                       )
                                   )
      Respondents.            )

FILED

FEB - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### AEDPA ELECTION FORM

1.  ☒☒☒    I wish the court to rule on my § 2254
            petition as currently pending. I realize
            that the law does not allow me to file
            successive or later petitions unless I
            receive certification to do so from the
            United States Court of Appeals for the
            Third Circuit; therefore, this petition
            will be my one opportunity to seek federal
            habeas corpus relief.

2.  _____ I wish to amend my § 2254 petition to
            include all the grounds I have. I will
            do so within thirty (30) days. I realize
            that the law does not allow me to file
            successive or later petitions unless I
            receive certification to do so from the
            United States Court of Appeals for the
            Third Circuit; therefore, this amended
            all-inclusive petition will be my one
            opportunity to seek federal habeas corpus

relief.

3. _____        I wish to withdraw my § 2254 petition
                  without prejudice to file one all-inclusive
                  petition in the future; that is, one
                  that raises all the grounds I have for
                  federal habeas corpus relief. I realize
                  this all-inclusive petition must be filed
                  within the one-year period as defined by
                  28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
                  204 F.3d 417 (3d Cir. 2000).

4. _____        I am not seeking federal habeas corpus
                  relief under § 2254. I am instead seeking
                  relief under _____.

                  _____
                  Petitioner
                        1-31-08

✎AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

~~United States District Court~~    District of _Delaware_

~~Tyree Stephens~~

Plaintiff

V.

~~Charles Albino, et. al~~

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:  _08 - 08 - G M S_

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Tyree Stephens | | 1/3/08 |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

Ty Ree Stephens, #59/233
Southern State Correctional Facility
Compound A, Unit 4-Left M
P.O. Box 150
New Jersey 08323

SOUTH JERSEY NJ 080

01 FEB 2008 PM 7 T

1 9 8 0 1 3 5 1 9

To:

OFFICE of CLERK
United States District Court
844 N. King Street,
Lock box 18
Wilmington, Delaware
19801-3570