IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TYREE STEPHENS**,                              )<br>                                                              )<br>     Petitioner                                        )<br>                                                              )<br>v.                                                           )     Civ. Act. No. 08-08-GMS<br>                                                              )<br>**CHARLES ALBINO**, Warden,          )<br>Southern State Correctional             )<br>Facility, and                                        )<br>the **ATTORNEY GENERAL OF**   )<br>**THE STATE OF DELAWARE**,      )<br>                                                              )<br>     Respondents                                   ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

Respondents submit herewith certified copies of the following Delaware Superior Court records (*State v. Tyree Stephens*, Case ID 9802005133):

a. Superior Court Docket Sheet

b. Indictment

c. Plea Agreement and Guilty Plea Form

d. Sentencing Order (June 19, 1998)

e. Violation of Probation Report (Nov. 14, 2002)

f. Letter from Tyree Stephens to Hon. Carl Goldstein (with attachments), dated April 14, 2007.

Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210

April 18, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on April 18, 2008,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the records listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Tyree Stephens
No. 501233
Southern State Correctional Facility
P.O. Box 150
Delmont, NJ  08314

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

/s/ Loren C. Meyers
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us