

### State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF CRIMINAL JUSTICE
PO BOX 086
TRENTON, NJ 08625-0086
TELEPHONE: (609) 984-6500  E-MAIL: DCJAPPELLATE@NJDCJ.ORG

JON S. CORZINE
*Governor*

ANNE MILGRAM
*Attorney General*

GREGORY A. PAW
*Director*

April 18, 2008

Honorable Gregory M. Sleet, U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re: <u>Tyree Stephens v. Charles Albino, et al.</u>
Civil Action No. 08-08-GMS

Your Honor:

This office is in receipt of this Court's March 3, 2008, Order requiring "Charles Albino, the Warden of Southern State Correctional Facility" ("Warden") in the State of New Jersey to file an answer to the above-captioned petition for writ of habeas corpus. Please accept this letter as the Warden's response.

On July 19, 1998, petitioner Tyree Stephens pled guilty to second degree burglary and conspiracy in the Superior Court of New Castle County, Delaware, Docket No. 9802005133, and was sentenced to eighteen months probation. On November 15, 2002, the State of Delaware issued a warrant for petitioner for violation of probation. The warrant was executed on June 16, 2003, when petitioner was arrested in New Jersey on charges of robbery and conspiracy to commit robbery. Petitioner waived



New Jersey Is An Equal Opportunity Employer · Printed on Recycled Paper and is Recyclable



extradition on the outstanding warrant and was transported to the Gloucester County Jail in New Jersey.

Although petitioner is currently incarcerated at Southern State Correctional Facility in Delmont, New Jersey, serving a sentence of 5 years with an 85% parole disqualifier for his guilty plea to the New Jersey conspiracy to commit robbery offense, he is not attacking the New Jersey State court judgment of conviction. In examining the habeas petition, it appears that petitioner is solely challenging the validity of the Delaware fugitive warrant that was issued against him in 2003 when he was arrested in New Jersey; <u>not his New Jersey robbery conviction</u>. The Warden has been named as a respondent in this case only because petitioner is currently housed in a New Jersey correctional facility. In view of the nature of petitioner's claim, Warden, as respondent, will rely on the answer that will be filed by the Attorney General of Delaware. Thus, the Warden, as respondent, does not intend to file a separate answer, as the Warden has no real interest in this action.

Respectfully submitted,

Anne Milgram
Attorney General of New Jersey
Attorney for Respondent

By:  Teresa A. Blair
     Deputy Attorney General