```
ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
ATTORNEY FOR PLAINTIFF-RESPONDENT
BY:   TERESA A. BLAIR
      TB5319
      DEPUTY ATTORNEY GENERAL
      DIVISION OF CRIMINAL JUSTICE
      APPELLATE BUREAU
      P.O. BOX 086
      TRENTON, NEW JERSEY  08625     UNITED STATES DISTRICT COURT
      (609) 292-9086                 OF DELAWARE
                                     CIVIL ACTION NO. 08-08-GMS
```

|  |  |
|---|---|
| TYREE STEPHENS, : |  |
| Petitioner, : | CRIMINAL ACTION |
| v. : | AFFIDAVIT OF SERVICE |
| CHARLES ALBINO, ET AL. : |  |
| Respondents. : |  |

State of New Jersey    :
                       : SS
County of Mercer       :

JANICE GRUNDAHL, of full age, being duly sworn according to law upon her oath deposes and says:

1. I am a secretary in the employ of the State of New Jersey, Division of Criminal Justice, Appellate Bureau.

2. I did mail, by regular U.S. mail, and return receipt mail, two copies of the respondents' Answer to Petition for Writ of Habeas Corpus on
April 18, 2008,

        Tyree Stephens #501233/273331C, pro se
        Southern State Correctional Facility
        P.O. Box 150
        Delmont, New Jersey 08314

_____
Janice Grundahl

Sworn to and subscribed
before me this 18th day
of April, 2008.

_____
Teresa A. Blair
An Attorney-At-Law of New Jersey